Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis H. Dexter* for petitioner. *Mr. Edward S. Bailey* and *Mr. Howard L. Kern* for respondent.

No. 818. FRANCES B. FOSTER, SUING FOR HERSELF AND SURVIVING CHILDREN OF A. G. FOSTER, DECEASED, *v. J. L.* LANCASTER ET AL., RECEIVERS, ETC. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. H. Winter* for petitioner. *Mr. George Thompson* for respondents.

No. 823. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v.* J. F. McBRIDE. March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. Thomas S. Buzbee, Mr. Thomas P. Littlepage* and *Mr. Sidney F. Taliaferro* for petitioner. *Mr. Thomas N. Seawell* and *Mr. Frank Pace* for respondent.

No. 824. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA *v.* J. C. ALLEN ET AL. March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. Douglas Brookman* for petitioner. *Mr. Hugh L. Dickson* for respondents.

No. 825. ELGIN, JOLIET & EASTERN RAILWAY COMPANY *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh